UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>                       Plaintiff,<br><br>   v.<br><br>BILL ME, INC., d/b/a/ LEATHERUP.COM, a New York corporation, and GOOGLE, INC., a Delaware corporation.<br><br>                   Defendants. | Cause No.<br><br>PLAINTIFF'S COMPLAINT FOR:<br><br>(1) FEDERAL TRADEMARK INFRINGEMENT, 15 U.S.C. §1114;<br><br>(2) FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING, AND UNFAIR COMPETITION, 15 U.S.C. §1125(a);<br><br>(3) UNFAIR COMPETITION, RCW 19.86.<br><br>(5) TORTIOUS INTERFERENCE WITH PROSPECTIVE ECONOMIC ADVANTAGE |

Plaintiff Soaring Helmet Corporation ("Soaring Helmet" or "Plaintiff"), complains and alleges as follows:

COMPLAINT – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

Dockets.Justia.com

# I. INTRODUCTION

1.1    This matter concerns the trademark infringement, unfair competition, and tortious interference with prospective economic advantage by Defendants, BILL ME INC., d/b/a/ LEATHERUP.COM and GOOGLE, INC., (collectively, "Defendants") against the owner of the following registered trademark: "VEGA" U.S. Trademark Registration No. 2087637 (the "Mark").

1.2    Soaring Helmet brings this action to secure relief under Federal and Washington State law.    Soaring Helmet seeks:    (a) a temporary, preliminary and permanent injunction prohibiting Defendants from further infringement of Soaring Helmet's Mark; (b) money damages for Defendants' past and continuing infringement of the Mark, unfair competition, and tortious interference with prospective economic advantage.

## II. THE PARTIES

2.1    <u>Plaintiff</u>.    Plaintiff Soaring Helmet is a corporation duly organized and existing under the laws of the State of Washington with its principal place of business in Tukwila, Washington.    Soaring Helmet is in good standing with the Washington Secretary of State's Office and has done all things necessary and proper to bring this lawsuit.

2.2    <u>Defendants</u>.    Based on information and belief, Defendant Bill Me, Inc., d/b/a/ Leatherup.com ("Leatherup.com") is a New York corporation, with headquarters at 2620 South Maryland, Suite 846, Las Vegas, Nevada, 89109.    On information and belief,

COMPLAINT – 2

**INVICTA LAW GROUP, PLLC**
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

Defendant Leatherup.com offers motorcycle accessories for sale on a nationwide basis, including Washington State, via its website and a toll-free telephone number.

2.3     Defendant Google, Inc. ("Google") is a Delaware Corporation, with headquarters at 1600 Amphitheatre Parkway, Mountain View, California, 94043. Google offers its internet search engine services on a nationwide basis, including Washington State, via its website.

## III.  JURISDICTION AND VENUE

3.1     This Court has original jurisdiction over Count I and II under 15 U.S.C. §1121(a) (action arising under the Lanham Act) and 28 U.S.C. §§1331, 1338(a) (federal question) in that this case arises under the Trademark Laws of the United States, 15 U.S.C. §§1051-1127.

3.2     This Court has jurisdiction over Count III and Count IV under 28 U.S.C §1338(b) in accordance with the principles of pendant jurisdiction in that said claims are joined with substantial and related claims under the Trademark Laws of the United States, 15 U.S.C. §§1051-1127.

3.3     Venue is proper in this district pursuant to 28 U.S.C. §1391(b).

3.4     Personal jurisdiction in this district is proper because Defendants maintain continuous and systematic commercial contacts with Washington State. On information and belief, Defendants have purposefully availed themselves of the opportunity to conduct commercial activities in this forum, and this Complaint arises out of those activities.

COMPLAINT – 3

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

# IV. FACTUAL BACKGROUND

**Soaring Helmet's Trademark Rights.**

4.1     Since March 18, 1994, and continuously to the present, Soaring Helmet has owned and used the trademark VEGA in interstate commerce in connection with the sale of motorcycle helmets.

4.2     On August 23, 1996, Soaring Helmet filed an application to register the Mark with the United States Patent and Trademark Office (PTO).   The Mark was registered on the Principal Register of the PTO on August 12, 1997 and was assigned Registration Number 2087637.  A true and correct copy of the Certificate of Registration issued by the PTO is attached hereto as **Exhibit A.**

4.3     Soaring Helmet has sold a wide and diverse variety of VEGA helmets to customers throughout the United States.  Soaring Helmet has invested substantial sums of time, money and effort to develop, use, advertise and promote the Mark. As a result, the Mark has become an integral and indispensable part of Soaring Helmet's business.  To this end, Soaring Helmet carefully guards its intellectual property rights.

**Defendants' Wrongful Acts.**

4.4     Defendant Google operates a widely used Internet search engine through which customers can search for, among other things, websites offering products and services.  A user can search on general terms, such as "motorcycle helmets," or more specific keywords, such as "VEGA helmets."  The Google search engine compares the search terms entered by a user with databases of websites and generates a listing of the sites matching those terms. The results of these searches are known as "organic listings."

COMPLAINT – 4

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 if090703

4.5    In addition to organic listings, Google sells the opportunity to have advertisements appear alongside the organic listings.    These advertisements appear as "Sponsored Links" either above or to the right of the organic search results.    Upon information and belief, Google sold Plaintiff's Mark VEGA to Leatherup.com as a keyword which enables Leatherup.com to place a Sponsored Link alongside organic listings for the search query "VEGA helmets."    Upon information and belief, Google allows advertisers to purchase trademarked terms regardless of whether the advertiser in fact sells any products under the purchased trademarked keyword.

4.6    In approximately April 2009, Plaintiffs learned that when the query "VEGA helmets" is searched via the Google search engine, an advertisement appeared under Google's sponsored listings that stated that Leatherup.com offered "50% off Vega Helmets."  A copy of the search results is attached hereto as **Exhibit B**.

4.7    The Leatherup.com advertisement was false and misleading because Leatherup.com does not in fact sell any of Soaring Helmet's VEGA products.

4.8    Soaring Helmet has lost business due to actual confusion caused by the false and misleading Leatherup.com advertisement when at least one retailer refused to do business with Soaring Helmet due to the fact that the Leatherup.com advertisement falsely stated that Leatherup.com sells Soaring Helmet's products at a deep discount.

4.9    On or about April 28, 2009, Soaring Helmet sent letters to Defendants Leatherup.com and Google, demanding they cease and desist all use of the trademark VEGA in connection with false and misleading advertisements.  Copies of these letters are attached hereto as **Exhibits C and D**.

COMPLAINT – 5

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 if090703

4.10    Google agreed to remove reference to the trademark VEGA from the Leatherup.com sponsored listing, which was confirmed via e-mail on or about May 20, 2009.   However, when the query "VEGA Helmets" is searched via the Google website, the Leatherup.com advertisement still appears in Google's sponsored listings, despite the fact that Leatherup.com does not in fact sell any of Soaring Helmet's VEGA products.  A copy of the current Google search results is attached as **Exhibit E.**

## V. **FIRST CAUSE OF ACTION**
## **FEDERAL TRADEMARK INFRINGEMENT**
### (15 U.S.C. §1114)

5.1    Soaring Helmet realleges and incorporates herein by reference the allegations contained in all preceding paragraphs of this Complaint as part of this cause of action.

5.2    Soaring Helmet holds a valid and existing federal registration for the Mark. Soaring Helmet has continuously used the Mark since as early as 1994.

5.3    Defendant Leatherup.com, by using Soaring Helmet's Mark as a keyword to place its advertisements next to organic listings for Soaring Helmet's Mark, is likely to cause initial interest confusion of consumers that are in fact searching solely for Soaring Helmet's Mark.

5.4    Defendant Google, through its keyword advertising program, contributes to the aforementioned trademark infringement by knowingly encouraging advertisers to use Soaring Helmet's Mark in false and misleading advertisements that have caused, and is likely to cause confusion, mistake, or deception of consumers, to the detriment of Soaring Helmet.

COMPLAINT – 6

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

5.4    As a result of the confusion engendered by the false and misleading advertising, Soaring Helmet's valuable goodwill in respect to its VEGA Mark is at the mercy of Defendants.

5.6    The goodwill of Soaring Helmet's business is of enormous value, and Soaring Helmet will suffer irreparable harm should infringement be allowed to continue to the detriment of its trade reputation and goodwill.

5.7    Defendants' use of the Mark as alleged herein was done without the knowledge, consent or permission of Soaring Helmet and continues without the consent or permission of Soaring Helmet.

5.8    Defendants have violated the trademark rights of Soaring Helmet under the Trademark Act, thereby giving rise to a cause of action under 15 U.S.C. § 1114.

5.9    Soaring Helmet will be irreparably harmed unless Defendants are temporarily, immediately and permanently enjoined from any further use of the Mark and any further false and misleading advertising using the Mark.

5.10   Soaring Helmet has no adequate remedy at law and serious damage to its trademark rights will result unless Defendants' wrongful use of the Mark is enjoined by the court.

5.11   Defendants have continued to use the Mark notwithstanding that they have actual knowledge of Soaring Helmet's superior trademark rights as alleged herein, as well as knowledge of the actual confusion suffered by Soaring Helmet's customers. Defendants' infringement of the Soaring Helmet VEGA Mark accordingly constitutes intentional, willful, knowing and deliberate trademark infringement throughout the United

COMPLAINT – 7

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

States, including Washington State. Plaintiff therefore seeks judgment in the amount of three (3) times its damages, together with reasonable attorney's fees pursuant to 15 U.S.C. § 1117(a).

5.12    Defendants' infringement of the VEGA Mark as alleged herein has caused, and will continue to cause, Soaring Helmet to suffer damages in an amount unknown at this time and has caused, and will continue to cause, Defendants to gain revenues and profit in an amount unknown at this time. Pursuant to 15 U.S.C. § 1117(a), Soaring Helmet is entitled to an award of monetary damages in an amount equal to the losses suffered by Soaring Helmet or the revenues and/or profits gained by Defendants, which damages should be augmented as provided by 15 U.S.C. §1117(a).

5.13    Pursuant to 15 U.S.C. § 1117(a), any monetary damages awarded to Soaring Helmet should be trebled.

5.14    Pursuant to 15 U.S.C. § 1117(a), Soaring Helmet is entitled to an award of attorneys fees and costs of suit.

## VI. SECOND CAUSE OF ACTION
## FALSE DESIGNATION OF ORIGIN, FALSE ADVERTISING AND UNFAIR COMPETITION UNDER LANHAM ACT SECTION 43(a)
### (15 U.S.C. §1125(a))

6.1    Soaring Helmet realleges and incorporates herein by reference the allegations contained in all preceding paragraphs of this Complaint as part of this cause of action.

COMPLAINT – 8

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 if090703

6.2     The actions of Defendants as alleged herein constitute false designation of origin, false advertising and unfair competition pursuant to Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

6.3     The actions of Defendants have and are likely to continue to deceive customers and prospective customers into believing that Defendant Leatherup.com sells the products of Soaring Helmet, and, as a consequence, are likely to divert customers away from Soaring Helmet throughout the United States, including in Washington State.

6.4     Soaring Helmet has and will continue to be irreparably harmed unless Defendants are temporarily, immediately and permanently enjoined from any further use of the Mark and any further false and misleading advertising of products using the Mark.

6.5     Soaring Helmet has no adequate remedy at law and serious damage to its trademark rights will result unless Defendants' wrongful use of the Mark is enjoined by the court.

6.6     The actions of Defendants as alleged herein constitute intentional, willful, knowing and deliberate unfair competition and false advertising pursuant to Lanham Act Section 43(a).

6.7     Defendants' acts of unfair competition and false advertising in violation of the Lanham Act Section 43(a) as alleged herein have caused, and will continue to cause, Soaring Helmet to suffer damages in an amount unknown at this time and have caused, and will continue to cause Defendants to gain revenues and profit in an amount unknown at this time.  Pursuant to 15 U.S.C. §1117(a), Soaring Helmet is entitled to an award of monetary damages in an amount equal to the losses suffered by Soaring Helmet and the

COMPLAINT – 9

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 if090703

revenues and/or profits gained by Defendants, which damages should be augmented as provided by 15 U.S.C. §1117(a).

6.8    Pursuant to 15 U.S.C. §1117(a), any monetary damages awarded to Soaring Helmet should be trebled.

6.9    Pursuant to 15 U.S.C. §1117(a), Soaring Helmet is entitled to an award of attorneys fees and costs of suit.

## VII. THIRD CAUSE OF ACTION
## WASHINGTON STATE UNFAIR COMPETITION AND
## CONSUMER PROTECTION ACT
(RCW 19.86)

7.1    Soaring Helmet re-alleges and incorporates herein by reference the allegations contained in all preceding paragraphs as part of this cause of action.

7.2    Defendants have engaged in unfair and deceptive acts or practices by using Soaring Helmet's VEGA Mark in connection with false and misleading advertising in Washington thereby creating a likelihood of public confusion as to the source of the goods and services.

7.3    Defendants' deceptive acts or practices injured Soaring Helmet.

7.4    Defendants' actions offend the public, are unethical, oppressive and unscrupulous, affecting trade and commerce now and in the future both within Washington State and elsewhere.

7.5    A causal link exists between the deceptive act and the resulting injury.

COMPLAINT – 10

**INVICTA LAW GROUP, PLLC**
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

7.6     Soaring Helmet has suffered damages relating to violation of the Consumer Protection Act RCW 19.86 by Defendants.   The quantum of these damages will be proven at trial.

7.7     Soaring Helmet seeks, and is entitled to recover, its actual damages, together with the costs of suit, including reasonable attorneys' fees.

7.8     Soaring Helmet seeks and is entitled to recover an award of damages of up to three times the amount of the actual damages sustained up to the amount permitted by law.

## VIII. FOURTH CAUSE OF ACTION
## TORTIOUS INTERFERENCE WITH PROSPECTIVE
## ECONOMIC ADVANTAGE

8.1     Soaring Helmet re-alleges and incorporates herein by reference the allegations contained in all preceding paragraphs as part of this cause of action.

8.2     Soaring Helmet's right to obtain prospective customers constitutes a valid business expectancy.

8.3     Defendants had knowledge of Soaring Helmet's business expectancy.

8.4     Defendants intentionally interfered with Soaring Helmet's business expectancy and destroyed Plaintiff's opportunity to obtain prospective business customers.  Defendants knew that the interference was certain or substantially certain to occur as a result of their actions.

8.5     Defendants' interference with Soaring Helmet's business expectancy was improper and the means used was innately wrongful and predatory in character.

COMPLAINT – 11

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

8.6     Soaring Helmet has suffered damages relating to violation of its business expectancy by Defendants. The quantum of these damages will be proven at trial.

## VII. **PRAYER FOR RELIEF**

WHEREFORE, Soaring Helmet prays for relief against Defendants as follows:

1.      For a temporary, preliminary and permanent injunction restraining and enjoining Defendants, and their agents, servants, employees, and all others in active concert or participation with them, as follows:

      a.      From further infringing Soaring Helmet's trademark rights;

      b.      From the further purchase and/or sale of Soaring Helmet's VEGA Mark for use in false and misleading advertising;

      c.      From further acts of false advertising and unfair competition as alleged herein.

2.      For an award of damages suffered by Soaring Helmet, plus any revenues or profits earned by Defendants as a result of Defendants' trademark infringement, unfair competition and false advertising in an amount to be proven at trial.

3.      For an award of augmented and treble damages as alleged herein pursuant to 15 U.S.C. §1117(a) and RCW 19.86.060.

4.      For an award of punitive and exemplary damages in an amount to be proven at trial, but sufficient to punish and deter Defendants.

5.      For an award of attorneys' fees and litigation expenses and costs to the maximum extent allowed by law.

6.      For such other and further relief as the court deems just and proper.

COMPLAINT – 12

**INVICTA LAW GROUP, PLLC**
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 if090703

1    DATED June 8, 2009.

                         INVICTA LAW GROUP, PLLC
2
                         By:  s/Heather Morado/
3                        Stacie Foster, WSBA No. 23397
                         Heather M. Morado, WSBA No. 35135
4                        Steven W. Edmiston, WSBA No. 17136
                         Attorneys for Plaintiff
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

COMPLAINT – 13

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840  if090703

# EXHIBIT A

Int. Cl.: 9

Prior U.S. Cls.: 21, 23, 26, 36 and 38

Reg. No. 2,087,637

United States Patent and Trademark Office

Registered Aug. 12, 1997

## TRADEMARK
### PRINCIPAL REGISTER

## VEGA

SOARING HELMET CORPORATION (WASH-
INGTON CORPORATION)
770 INDUSTRY DRIVE, BUILDING 16
TUKWILA, WA 98118

FOR: MOTORCYCLE HELMETS, IN CLASS 9
(U.S. CLS. 21, 23, 26, 36 AND 38).

FIRST USE 3-18-1994; IN COMMERCE
3-18-1994.

SER. NO. 75-155,017, FILED 8-23-1996.

DAVID M. MERMELSTEIN, EXAMINING AT-
TORNEY

# EXHIBIT B

Web   Images   Maps   News   Video   Gmail   more ▼                    Sign in

 vega helmets        [ Search ]  Advanced Search
                                                      Preferences
                              Customized based on recent search activity. More detail

Web   Shopping                    Results **1 - 10** of about **102,000** for **vega helmets**. (0.11 seconds)

Sponsored Links

**Vega Motorcyle Helmets**
www.TheHelmetZone.com   Snow, Motorcycle, Half & Flip-Up Buy
Direct & Save - Free Shipping

**50% Off Vega Helmets**
www.LeatherUp.com   Half face, full face **helmets** from $29.95,
Top Brands HJC, Shoei, Bell

**Vega Motorcycle Helmets**
www.Jafrum.com/VEGA_Helmets   Amazing Prices, 115% Price
Match, Free Size Exchanges, Free Shipping!

**Welcome to Vega Helmet Corporation**
Half **Helmets** XT Half **Helmet** · XTS Half **Helmet Vega** Riding
Apparel ... **Vega Helmet** Corporation. 18235 Olympic Avenue S.,
Tukwila, WA 98188 ...
www.**vegahelmet**.com/ - 17k - Cached - Similar pages

| | |
|---|---|
| Street | Snowmobile |
| Off Road | NT 200 |
| Find a Dealer | Company |
| Summit II | Altura |

More results from vegahelmet.com »

**Vega Helmets - Company**
If you are an individual interested in purchasing a **Vega Helmet** you
must email your zip ... "**VEGA**" helmets are available to legitimate
motorcycle dealers. ...
www.vegahelmet.com/company.html - Similar pages

**Motorcycle Helmets and Motorcycle Helmet Accessories**
**from The ...**
Motorcycle **helmets** and Motorcycle **helmet** - Welcome to a great
place to buy discount motorcycle **helme**.
www.helmetshop.com/ - 39k - Cached - Similar pages

**Vega Motorcycle Helmets**
**Vega** Motorcycle **Helmets** from The **Helmet** Shop. ...
Subcategories: **Vega** Full Face **Helmets** · **Vega** Open Face
**Helmets** · **Vega** Half **Helmets** ...
www.helmetshop.com/CategoryProductList.jsp?
cat=Shop+By+Brand:Vega+Helmets - 21k -
Cached - Similar pages

**Shopping results for vega helmets**

| | |
|---|---|
| **Vega Summit II ColorMatch** Motorcycle **Helmet** | $139.95 - Motorcycle Superstore |
| **Vega Summit XPV 2 Solid Helmets L** Large White | $124.99 - compacc.com |
| **Vega Altura Helmet DOT 520 Silver** | $69.99 - Jafrum.com |

Sponsored Links

**Vega Helmets**
Motorcycle gear, apparel & parts.
Low Price Guarantee. Free Shipping!
www.Motorcycle-Superstore.com

**Online Motocross Store**
We carry all the major brands.
Great Deals at Motocrossgiant.
www.motocrossgiant.com

**Vega Helmets**
Bargain Prices. Smart Deals.
Save on **Vega Helmets**!
Shopzilla.com

**60% OFF Motorcycle Helmet**
Fast & Free Shipping + Free Returns
125% Price Guarantee + MB Guarantee
MotoDirect.com/Motorcycle_Helmets!

**Vega Helmets**
Vehicle Parts & Accessories!
Bid on **Vega Helmets**.
www.eBay.com

**Vega Helmets**
**Vega Helmets** - Compare
prices & find expert reviews!
www.Best-Price.com/Helmets

**Vega Helmets**
Find Car Parts, Accessories, Tools
Garage Equipment, Car Care & More
Amazon.com/motorcycle

**Vega Helmets**
Buy **Vega Helmets** now.
Fuel your passion on eBay Motors!
www.eBayMotors.com

More Sponsored Links »

# EXHIBIT C



Counsel for creative companies

1000 Second Ave, Suite 3310
Seattle, WA 98104-1019

(206) 903-6364
fax (206) 903-6365

www.invictalaw.com

April 28, 2009

Mark V. Jordan
Email: mjordan@invictalaw.com

**VIA CERTIFIED MAIL:70072680000056348336**
**AND FIRST CLASS MAIL**

LEATHERUP.COM
2620 S. Maryland
Suite 846
Las Vegas, NV 89109

    **Re:   Cease and Desist Trademark Infringement**

To Whom It May Concern:

    We are counsel for Soaring Helmet Corporation, the exclusive owner of the trademark rights to VEGA (the "Mark"). A copy of Soaring Helmet Corporation's federal trademark registration is attached hereto as <u>Exhibit A.</u> Soaring Helmet Corporation views its Mark as a valuable asset that will be protected to the fullest extent allowable by law.

    Soaring Helmet Corporation recently learned that when the query "Vega helmets" is searched via the Google website, an advertisement appears under Google's sponsored listings that misleadingly states that the website Leatherup.com offers "50% off Vega Helmets." A copy of the Google search results for "Vega helmets" is attached hereto as <u>Exhibit B.</u> However, Leatherup.com does not in fact sell any of our client's products.

    Since Leatherup.com does not sell Vega helmets, we believe that Leatherup.com has wrongfully purchased the Mark from Google, Inc. as a false and misleading advertising keyword. Our client has lost business because the Leatherup.com sponsored link is falsely advertising that it sells our client's products at a deep discount, when in fact, Leatherup.com does not. As a result of the false advertisement, a retailer who does not wish to be associated with products sold at a deep discount has refused to do business with Soaring Helmet Corporation. Further, consumers searching for our client's products will continue to be misled to the Leatherup.com website, causing initial interest confusion. This unauthorized use of the Mark is a violation of federal and state trademark and unfair competition laws.

    As I hope you can appreciate, Soaring Helmet Corporation cannot permit others to trade on the goodwill and damage the value and integrity of its Mark through false and misleading advertisements. Because the public closely associates the Mark with our client's

products, we are concerned that this unauthorized use of the Mark will cause consumers to mistakenly assume that Soaring Helmet Corporation sells its products to deep-discount online retailers or is otherwise affiliated with the Leatherup.com website.

Because Soaring Helmet Corporation has been and will continue to be substantially and irreparably damaged should this infringement continue, it must enforce its exclusive rights to the Mark. Soaring Helmet Corporation demands that Leatherup.com immediately remove any reference to the Mark from any false and misleading sponsored listing advertisements.

Unless these demands are complied with by May 8, 2009, Soaring Helmet Corporation will assume Leatherup.com intends to willfully disregard its rights, and Soaring Helmet Corporation will pursue whatever action or remedies it deems appropriate to protect its rights to the fullest extent of the law.

Very truly yours,

INVICTA LAW GROUP, PLLC

Mark V. Jordan

MVJ:hmm
Enclosure
cc:    Soaring Helmet Corporation (w/o encl.)

1840 031 id280801

# EXHIBIT D



Counsel for creative companies

1000 Second Ave, Suite 3310
Seattle, WA 98104-1019

(206) 903-6364
fax (206) 903-6365

www.invictalaw.com

April 28, 2009

Mark V. Jordan
Email: mjordan@invictalaw.com

**VIA CERTIFIED MAIL:7007268000056348329**
**AND FIRST CLASS MAIL**

GOOGLE, INC.
Attn: Legal Department
1600 Ampitheatre Parkway
Mountain View, CA 94043

     **Re:    Cease and Desist Trademark Infringement**

To Whom It May Concern:

     We are counsel for Soaring Helmet Corporation, the exclusive owner of the trademark rights to VEGA (the "Mark"). A copy of Soaring Helmet Corporation's federal trademark registration is attached hereto as <u>Exhibit A.</u> Soaring Helmet Corporation views its Mark as a valuable asset that will be protected to the fullest extent allowable by law.

     Soaring Helmet Corporation recently learned that when the query "Vega helmets" is searched via the Google website, an advertisement appears under Google's sponsored listings that misleadingly states that the website Leatherup.com offers "50% off Vega Helmets." A copy of the Google search results for "Vega helmets" is attached hereto as <u>Exhibit B.</u> However, Leatherup.com does not in fact sell any of our client's products.

     Since Leatherup.com does not sell Vega helmets, we believe that Google has wrongfully sold the Mark as a false and misleading advertising keyword to Leatherup.com. Our client has lost business because the Leatherup.com sponsored link is falsely advertising that it sells our client's products at a deep discount, when in fact, Leatherup.com does not. As a result of the false advertisement, a retailer who does not wish to be associated with products sold at a deep discount has refused to do business with Soaring Helmet Corporation. Further, consumers searching for our client's products will continue to be misled to the Leatherup.com website, causing initial interest confusion. This unauthorized use of the Mark is a violation of federal and state trademark and unfair competition laws.

     As I hope you can appreciate, Soaring Helmet Corporation cannot permit others to trade on the goodwill and damage the value and integrity of its Mark through false and misleading advertisements. Because the public closely associates the Mark with our client's

products, we are concerned that this unauthorized use of the Mark will cause consumers to mistakenly assume that Soaring Helmet Corporation sells its products to deep-discount online retailers or is otherwise affiliated with the Leatherup.com website.

Because Soaring Helmet Corporation has been and will continue to be substantially and irreparably damaged should this infringement continue, it must enforce its exclusive rights to the Mark. Soaring Helmet Corporation demands that Google immediately remove any reference to the Mark from any false and misleading sponsored listing advertisements, including but not limited to the Leatherup.com sponsored listing advertisement.

While we sincerely hope that we can resolve this matter through direct discussion, unless these demands are complied with by May 8, 2009, Soaring Helmet Corporation will assume Google intends to willfully disregard its rights, and Soaring Helmet Corporation will pursue whatever action or remedies it deems appropriate to protect its rights to the fullest extent of the law.

Very truly yours,

INVICTA LAW GROUP, PLLC

Mark V. Jordan

MVJ:hmm
Enclosure
cc:    Soaring Helmet Corporation (w/o encl.)

1840 031 id280801

# EXHIBIT E

Web  Images  Video  Maps  News  Shopping  Gmail  more ▼

Sign in

 vega helmets

Search  Advanced Search
Preferences

Web   Show options...

Results **1 - 10** of about **141,000** for <u>vega</u> <u>helmets</u>. (0.32 seconds)

**50% Of Motorcycle Helmets**                              Sponsored Links
www.LeatherUp.com     Half face, full face **helmets** from $29.95,
Top Brands HJC, Shoei, Bell

**50% OFF Motorcycle Helmet**
www.Jafrum.com     Shop Now For Scorpion, Arai, kbc, Shoei & HJC
**Helmets**. Free S/H!

Motorcycle Superstore
www.Motorcycle-Superstore.com     Free Shipping on Motorcycle
Gear, Apparel, Parts, Accessories & more!

Welcome to **Vega Helmet** Corporation
Half **Helmets** XT Half **Helmet** · XTS Half **Helmet Vega** Riding
Apparel ... **Vega Helmet** Corporation. 18235 Olympic Avenue S.,
Tukwila, WA 98188 ...
www.vegahelmet.com/ - Cached - Similar pages

| | |
|---|---|
| Mach I Full Face Helmet | Altura Full Face Helmet |
| Off Road | Company |
| Find a Dealer | Snow |
| Summit II | NT 200 Open Face Helmet |

More results from vegahelmet.com »

**Vega Helmets - Company**
If you are an individual interested in purchasing a **Vega Helmet** you
must email your zip ... "**VEGA**" **helmets** are available to legitimate
motorcycle dealers. ...
www.vegahelmet.com/company.html - Cached - Similar pages

Motorcycle **Helmets** and Motorcycle **Helmet** Accessories
from The ...
Motorcycle **helmets** and Motorcycle **helmet** - Welcome to a great
place to buy discount motorcycle helme.
www.helmetshop.com/ - Cached - Similar pages

**Shopping results for vega helmets**

| | |
|---|---|
| **Vega** Summit II ColorMatch Motorcycle **Helmet** | $139.95 - Motorcycle Superstore |
| **Vega** Summit XPV 2 Solid **Helmets** L Large White | $124.99 - compacc.com |
| **Vega** Altura Shuriken Motorcycle **Helmet** | $79.99 - Motorcycle Superstore |

**Vega Motorcycle Apparel and Accessories**
**Vega** Motorcycle apparel and accessories at discount prices. We offer
the largest selection of **Vega** gear in the Northwest.
www.helmetoutletusa.com/index.cgi?Function=Street&Manuf=**Vega** -
Cached - Similar pages

Sponsored Links

Motorcycle **Helmets** Direct
Factory Direct - Free Shipping
Top Brands - Unbeatable Prices
www.The**Helmet**Zone.com

Online Motocross Store
We carry all the major brands.
Great Deals at Motocrossgiant.
www.motocrossgiant.com

Speakers & Headphones
Bargain Prices. Smart Deals.
Save on Speakers & Headphones!
Shopzilla.com

Compare Prices Now
Whatever you want - Compare
prices & find expert reviews!
www.Best-Price.com/**Helmets**

Auto Parts at Amazon
Find Car Parts, Accessories, Tools
Garage Equipment, Car Care & More
Amazon.com/motorcycle

60% OFF Motorcycle **Helmet**
Fast & Free Shipping + Free Returns
125% Price Guarantee + MB Guarantee
MotoDirect.com/Motorcycle_**Helmets**!

Shop Simply
Simplify your Shopping. Find
Top Brands at Low Prices
shop.simpli.com

Compare Prices & Save
100,000 Stores. Deals. Reviews.
Millions of Items & More!
shopping.yahoo.com

More Sponsored Links »