The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,, <br><br> Plaintiff, <br><br> v. <br><br> BILL ME, INC., d/b/a/ LEATHERUP.COM, a New York corporation, and GOOGLE, INC., a Delaware corporation. <br><br> Defendant. | No. 2:09-cv-00789-JLR <br><br> **NOTICE OF APPEARANCE** |

**TO: CLERK OF THE COURT**

PLEASE TAKE NOTICE that Karin B. Swope, of the law firm Keller Rohrback L.L.P., hereby files her appearance as counsel from Keller Rohrback, L.L.P. on behalf of Defendant Google, Inc. in the above-captioned matter.

Please direct all future pleadings and correspondence to the undersigned counsel.

//

//

//

NOTICE OF APPEARANCE OF KARIN B. SWOPE
(2:09-cv-00789-JLR) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

1 | DATED this 14th day of July, 2009.

2 | KELLER ROHRBACK L.L.P.

By s/ Karin B. Swope
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
(206) 623-3384 (FAX)
kswope@kellerrohrback.com

Attorney for Defendant Google, Inc.

NOTICE OF APPEARANCE OF KARIN B. SWOPE
(2:09-cv-00789-JLR) Page - 2

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# **CERTIFICATE OF SERVICE**

I hereby certify that on July 14, 2009, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record, listed below:

    Heather M. Morado
    Stacie Foster
    Steve W. Edmiston

DATED this 14th day of July, 2009.

                                          s/ Karin B. Swope
                                          Karin B. Swope, WSBA #24015
                                          KELLER ROHRBACK L.L.P.
                                          1201 Third Avenue, Suite 3200
                                          Seattle, WA 98101
                                          Telephone: (206) 623-1900
                                          Facsimile: (206) 623-3384

NOTICE OF APPEARANCE OF KARIN B. SWOPE
(2:09-cv-00789-JLR) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384