# United States District Court
# Western District of Washington

| SOARING HELMET CORPORATION | Case Number     C09-0789 JLR |
|---|---|
| Plaintiff(s) | |
| V. | APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE |
| BILL ME, INC., d/b/a LEATHERUP.COM, AND GOOGLE, INC. | |
| Defendant(s) | |

Pursuant to Local General Rule 2(d) of the United States District Court for the Western District of Washington, __Margaret M. Caruso__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

GOOGLE, INC.

The particular need for my appearance and participation is:

Lead Counsel

I, __Margaret M. Caruso__ understand that I am charged with knowing and complying with all applicable local rules;

I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 13, 2009     Signature of Applicant: s/ Margaret M. Caruso

Dockets.Justia.com

| Pro Hac Vice Attorney Applicant's Name: | Margaret M. Caruso |
|---|---|
| Law Firm Name: | Quinn Emanuel Urquhart Oliver & Hedges LLP |
| Street Address 1: | 555 Twin Dolphin Drive, Suite 560 |
| Address Line 2: | |
| City: | Redwood Shores |
| State: | California |
| Zip: | 94065 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 650-801-5101 |

## STATEMENT OF LOCAL COUNSEL

I am authorized and will be prepared to handle this matter, including trial, in the event the applicant  Margaret M. Caruso  is unable to be present upon any date assigned by the court.

Date: July 13, 2009        Signature of Local Counsel: s/ Karen B. Swope

| Local Counsel's Name: | Karen B. Swope |
|---|---|
| Law Firm Name: | Keller Rohrrback PLLC |
| Street Address 1: | 1201 3rd Avenue, Suite 3200 |
| Address Line 2: | |
| City: | Seattle |
| State: | Washington |
| Zip: | 98101 |
| Phone Number w/ Area Code  Example: 999-999-9999 | 206-623-1900 |