The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation, <br><br> Plaintiff, <br><br> v. <br><br> NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation. <br><br> Defendants. | NO. C09-0789 JLR <br><br> PRAECIPE |

TO: Clerk of the Court;

On July 27, 2009, Plaintiff's First Amended Complaint was filed with the Court. Attached to this Praecipe is a Summons for Nanal, Inc. for issuance by the Court.

///

///

///

PRAECIPE – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

Dockets.Justia.com

DATED July 28, 2009.

INVICTA LAW GROUP, PLLC

By _/s/ Heather Morado_
Heather M. Morado, WSBA No. 35135
Mark V. Jordan, WSBA No. 18461
Stacie Foster, WSBA No. 23397
Attorney for Plaintiff

PRAECIPE – 2

**INVICTA LAW GROUP, PLLC**
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364