IN THE
UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, A WASHINGTON CORPORATION<br><br>Plaintiff/Petitioner<br><br>vs.<br><br>NANAL, INC., A NEVADA CORPORATION, DBA LEATHERUP.COM, ET AL.,<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **C09-0789 JLR**<br><br>DECLARATION OF SERVICE OF:<br>**SUMMONS AND PLAINTIFF'S FIRST AMENDED COMPLAINT; EXHIBITS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **6th day of August, 2009, at 3:20 PM**, at the address of **4625 W NEVSO Drive SUITE 2, LAS VEGAS, Clark** County, **NV 89103**; this declarant served the above described documents upon **NANAL, INC., A NEVADA CORPORATION, DBA LEATHERUP.COM**, by then and there personally delivering 1 true and correct copy(ies) thereof, by then presenting to and leaving the same with **ROXANNE, MANAGING AGENT FOR SOLUTIONS, INC., AS REGISTERED AGENT, A white female approx. 30-35 years of age weighing 120-140 lbs with brown hair.**

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Service Fee Total: $

Declarant hereby states under penalty of perjury under the laws of the State of **Washington** that the statement above is true and correct.

DATED this **10th day of August, 2009.**

_Karie Castle_

**Karie Castle, Reg. # 429, Clark, NV**

FOR: **Invicta Law Group**
REF: **1840.071**

ORIGINAL PROOF OF SERVICE

Tracking #: 6006937 SEA

Dockets.Justia.com

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

SOARING HELMET CORPORATION, a Washington )
_____ )
Plaintiff )
v. ) Civil Action No. C09-0789 JLR
NANAL, INC., ET AL. )
_____ )
Defendant )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Nanal, Inc., dba Leatherup.com
c/o Registered Agent: Solutions, Inc.
4625 West Nevso Drive, Suite 2
Las Vegas, NV 89103

A lawsuit has been filed against you.

Within 20 days after service of this summons on you (not counting the day you received it) — or ___ days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Heather M. Morado, Mark V. Jordan, Stacie Foster
Invicta Law Group, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

**BRUCE RIFKIN**

Date: July 29, 2009

*Signature of Clerk or Deputy Clerk*