UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOARING HELMET
CORPORATION,

        Plaintiff(s),

v.

GOOGLE INC, et al.,

        Defendant(s).

Case No. 2:09−cv−00789−JLR

MINUTE ORDER SETTING TRIAL DATE AND RELATED DATES

| | |
|---|---|
| **JURY TRIAL DATE** | **JANUARY 31, 2011** |
| Length of Trial | 4 days |
| Deadline for joining additional parties | 09/18/2009 |
| Deadline for amending pleadings | 08/04/2010 |
| Disclosure of expert testimony under FRCP 26(a)(2) | 08/04/2010 |
| All motions related to discovery must be filed by and noted on the motion calendar no later than the third Friday thereafter (see CR7(d)) | 09/03/2010 |
| Discovery completed by | 10/04/2010 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR7(d)) | 11/02/2010 |
| Settlement conference per CR 39.1(c)(2) held no later than | 12/02/2010 |

ORDER SETTING TRIAL DATE & RELATED DATES – 1

| | |
|---|---|
| Mediation per CR 39.1(c)(3) held no later than | 01/03/2011 |
| All motions in limine must be filed by and noted on the motion calendar no later than the second Friday thereafter | 01/03/2011 |
| Agreed pretrial order due | 01/12/2011 |
| Pretrial conference to be held at **02:00 PM** on | **JANUARY 18, 2011** |
| Trial briefs, proposed voir dire questions and jury instructions | 01/24/2011 |

These dates are set at the direction of the Court after reviewing the joint status report and discovery plan submitted by the parties. All other dates are specified in the Local Civil Rules. If any of the dates identified in this Order or the Local Civil Rules fall on a weekend or federal holiday, the act or event shall be performed on the next business day. These are firm dates that can be changed only by order of the Court, not by agreement of counsel or parties. The Court will alter these dates only upon good cause shown: failure to complete discovery within the time allowed is not recognized as good cause.

As required by CR 37(a), all discovery matters are to be resolved by agreement if possible. Counsel are further directed to cooperate in preparing the final pretrial order in the format requrired by CR 16.1, except as ordered below.

The original and one copy of the trial exhibits are to be delivered to the courtroom the morning of the trial. Each exhibit shall be clearly marked. Plaintiff's exhibits shall be numbered consecutively beginning with 1; defendant's exhibits shall be numbered consecutively beginning with A−1. Duplicate documents shall not be listed twice: once a party has identified an exhibit in the pretrial order, any party may use it. Each set of exhibits shall be submitted in a three−ring binder with appropriately numbered tabs.

Counsel must be prepared to begin trial on the date scheduled, but it should be understood that the trial may have to await the completion of other cases.

Should this case settle, counsel shall notify Casey Condon at (206) 370−8520 as soon as possible. Pursuant to GR 3(b), an attorney who fails to give the Deputy Clerk prompt notice of settlement may be subject to such discipline as the Court deems appropriate.

A copy of this Minute Order shall be mailed to all counsel of record.

DATED: August 21, 2009

                                                      s/ Casey Condon
                              Casey Condon, Deputy Clerk to
                                Hon. James L. Robart, Judge
                                      (206) 370−8520

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOARING HELMET
CORPORATION,

    Plaintiff(s),

v.

GOOGLE INC, et al.,

    Defendant(s).

Case No. 2:09−cv−00789−JLR

MINUTE ORDER DESIGNATING CASE FOR MEDIATION

    The Court finds this case is appropriate for mediation under Local Rule CR 39.1. The parties are directed to conduct mediation upon completion of discovery as hereinafter provided.

    IT IS ORDERED that the parties exchange written demands for settlement and that counsel meet and discuss settlement within six months of this Order.

    IT IS ORDERED that the mediator be selected by the cutoff date for completion of discovery. The parties are advised that the Court's home page at www.wawd.uscourts.gov contains a roster of approved mediators and their profiles. This information is also available for viewing in Seattle and Tacoma at the intake counter of the Clerk's Office. Counsel are directed to file with the Court the name of the one is selected. The mediation will be conducted at such time or times as the mediator may determine. Mediation shall be completed no later than

thirty (30) days prior to the trial date. The parties are strongly encouraged to mediate prior to completion of discovery.

The Clerk of the Court is directed to send a copy of this Order to all counsel of record.

DATED: August 21, 2009

                                            s/ Casey Condon
Casey Condon, Deputy Clerk to
Hon. James L. Robart, Judge
(206) 370–8520