The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,,<br><br>                             Plaintiff,<br><br>v.<br><br>NANAL, INC., d/b/a/ LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation.,<br><br>                             Defendant. | No. 2:09-cv-00789-JLR<br><br>**STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT**<br><br>NOTE ON MOTION CALENDAR: SEPTEMBER 3, 2009 |

Whereas Plaintiff Soaring Helmet Corporation ("Soaring Helmet") has requested that Defendant Google Inc. ("Google") re-notice its Motion to Dismiss filed August 17, 2009, so that Soaring Helmet may have the opportunity to discuss settlement with Defendant Nanal, Inc., in the hopes of resolving this action;

Whereas Soaring Helmet has requested this extension solely for the purpose of conducting settlement discussions and has agreed not to begin working on its opposition to the motion to dismiss before September 21, 2009;

(2:09-cv-00789-JLR) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Dockets.Justia.com

Soaring Helmet and Google, by and through their undersigned counsel, agree and stipulate as follows:

1. Google hereby re-notices its Motion to Dismiss for October 16, 2009.

2. Soaring Helmet will file its opposition to the motion to dismiss by October 8, 2009.

3. Google will file its reply by October 16, 2009.

Agreed to this 3RD day of September, 2009.

By/s/ Stacie Foster
Stacie Foster, WSBA No. 23397
Steve Edmiston, WSBA No. 17136
Heather M. Morado, WSBA No. 35135
INVICTA LAW GROUP, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104-6365
(206) 903-6365
hmorado@invictalaw.com
sfoster@invictalaw.com
sedmiston@invictalaw.com

Attorneys for Plaintiff Soaring Helmet Corp.

By/s/ Margret Caruso
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Margret M. Caruso, CASBA #243473
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 810-5101
margretcaruso@quinnemanuel.com

KELLER ROHRBACK L.L.P.
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
kswope@kellerrohrback.com

Attorneys for Defendant Google Inc.

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

# ORDER

It is so ORDERED:

DATED this _____ day of September, 2009.

_____

The Honorable James L. Robart

UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:  Approved as to Form:

By /s/ Stacie Foster
   Stacie Foster, WSBA No. 23397
   Steve Edmiston, WSBA No. 17136
   Heather M. Morado, WSBA No. 35135
   INVICTA LAW GROUP, PLLC
   1000 Second Avenue, Suite 3310
   Seattle, WA 98104-6365
   (206) 903-6365
   hmorado@invictalaw.com
   sfoster@invictalaw.com
   sedmiston@invictalaw.com

Attorneys for Plaintiff Soaring Helmet Corp

By /s/ Margret Caruso
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Margaret M. Caruso, CASBA #243473
55 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 810-5101
margretcaruso@quinnemanuel.com

KELLER ROHRBACK L.L.P.
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
(206) 623-3384 (FAX)
kswope@kellerrohrback.com

Attorneys for Defendant Google Inc

(2:09-cv-00789-JLR) Page - 4

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384