Stacie Foster, WSBA #23397
Heather M. Morado WSBA #35135
INVICTA LAW GROUP, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104-1019
Telephone: (206) 903-6364
Facsimile: (206) 903-6365

Attorneys for Plaintiff

THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE INC., a Delaware corporation.<br><br>Defendants. | Cause No. C09-0789 JLR<br><br>CERTIFICATE OF SERVICE |

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

On this day, September 3, 2009, I caused to be sent via email and U.S. Mail the following documents:

1. Stipulation and Order For Briefing Schedule on Google, Inc.'s Motion to Dismiss Counts II, III ,and IV of the Complaint.

CERTIFICATE OF SERVICE – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii030701

Dockets.Justia.com

| | |
|---|---|
| 1 | To the following: |
| 2 | |
| 3 | Mr. Shahrokh Mokhtarzadeh<br>LAW OFFICES OF SHAHROKH MOKHTARZADEH<br>815 Moraga Drive |
| 4 | Los Angeles, CA 90049 |
| 5 | Email: shahrokh@smplcla.com |
| 6 | EXECUTED at Seattle, Washington September 3, 2009. |
| 7 | |
| 8 | _____<br>Katy M. Albritton |

CERTIFICATE OF SERVICE – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii030701