UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation.<br><br>Defendants. | NO. C09-0789 JLR<br><br>PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT<br><br>**NOTE ON MOTION CALENDAR:**<br>**October 1, 2009** |

Pursuant to Rule 55(b)(2) of the Federal Rules of Civil Procedure, Plaintiff Soaring Helmet Corporation hereby moves the Court for an Order of Default against Defendant Nanal, Inc. Defendant Nanal, Inc., was served with a copy of the Complaint and Summons on August 6, 2009, and has not answered or filed a responsive pleading as required under FRCP 12(a)(1)(A)(i). This Motion is based on the Declarations of Heather M. Morado and Steven W. Edmiston filed herewith.

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT– 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220802

Dockets.Justia.com

DATED this 1st day of October, 2009.

        INVICTA LAW GROUP, PLLC

        By *Heather Morado*
        Heather M. Morado, WSBA #35135
        Steven W. Edmiston, WSBA #17136
        Stacie Foster, WSBA #23397
        Attorneys for Plaintiff

**INVICTA LAW GROUP, PLLC**
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220802

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons/attorneys of record:

Ms. Karin B. Swope
Keller Rohrback, LLC
kswope@kellerrohrback.com

Ms. Margret M. Caruso
Quinn Emanuel Urquhart Oliver & Hedges, LLP
margretcaruso@quinnemanuel.com

Dated this 1st day of October 2009, at Seattle, Washington.

Katy M. Albritton
Legal Assistant

PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT- 3

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220802