UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation.<br><br>　　　　　　　　Defendants. | NO. C09-0789 JLR<br><br>PLAINTIFF'S [PROPOSED] ORDER FOR DEFAULT JUDGMENT |

This matter came before the Court on Plaintiff's Motion for Entry of Default against Defendant Nanal, Inc. The Motion was based on the grounds that the above-named Defendant has not answered or otherwise defended this action.

The Court considered the pleadings filed in this action, the Declarations of Heather M. Morado and Steven W. Edmiston in support of the Motion for Entry of Default, and the exhibits thereto.

The Court finds:

PLAINTIFF'S [PROPOSED] ORDER FOR ENTRY OF DEFAULT– 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii230801

Dockets.Justia.com

a. Defendant Nanal, Inc. was properly served with a copy of the Complaint and Summons on August 6, 2009.

b. Defendant Nanal, Inc. has not answered or filed a responsive pleading to Plaintiffs' Complaint within 20 days as required by FRCP 12(a)(1)(A)(i).

Based on the above findings, IT IS ORDERED:

c. Defendant Nanal, Inc. is declared to be in default for failing to defend this action.

d. Plaintiff is awarded a permanent injunction restraining and enjoining Defendant Nanal, Inc. and their agents, servants, employees, and all others in active concert or participation with them, as follows:

   i) From the purchase or other use in any manner of Plaintiff's trademarks in false and misleading advertisements, including on the Google, Inc. search engine as well as any other internet search engines.

e. Plaintiff is awarded damages plus any revenues or profits earned as a result of Defendant's trademark infringement, unfair competition and false advertising, in an amount to be determined;

f. Plaintiff is awarded augmented and treble damages in an amount to be determined, pursuant to 15 U.S.C. 1117(a) and RCW 19.86.060;

g. Plaintiff is awarded punitive and exemplary damages in an amount to be determined;

PLAINTIFF'S [PROPOSED] ORDER FOR ENTRY OF DEFAULT– 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

h. Plaintiff is awarded its attorneys fees and costs in an amount to be determined; and

i. The Final Judgment shall be entered by the clerk without further process.

DATED this 1st day of October, 2009.

_____
Honorable James L. Robart

Presented by:

INVICTA LAW GROUP, PLLC

By *Heather Morado*
Heather M. Morado, WSBA #35135
Steven W. Edmiston, WSBA #17136
Stacie Foster, WSBA #23397
Attorneys for Plaintiff

PLAINTIFF'S [PROPOSED] ORDER FOR ENTRY OF DEFAULT- 3

1840 071 ii230801

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364