UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>               Plaintiff,<br><br>   v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation.<br><br>               Defendants. | NO. C09-0789 JLR<br><br>DECLARATION OF STEVEN W. EDMISTON IN SUPPORT OF MOTION FOR ENTRY OF DEFAULT |

I, Steven W. Edmiston, hereby declare and state as follows:

1.     I am counsel for Plaintiff herein and make these statements based on my own personal knowledge.

2.     On September 21, 2009, I left a telephone voicemail message with Shahrokh Mokhtarzadeh's office, stating that Plaintiff intended to immediately file a Motion for Entry of Default Judgment in this case. I advised that Mr. Mokhtarzadeh should return the call immediately should he wish to avoid a motion for default. I received no call in response from Mr. Moktarzadeh.

I declare under penalty of perjury under the laws of the state of Washington that the foregoing is true and correct to the best of my knowledge and belief.

DECL. OF STEVEN W. EDMISTON IN SUPPORT
OF MOTION FOR ENTRY OF DEFAULT – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220803

Dockets.Justia.com

DATED this 1st day of October, 2009.

INVICTA LAW GROUP, PLLC

By _____
Steven W. Edmiston, WSBA #17136
Attorney for Plaintiff

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

DECL. OF STEVEN W. EDMISTON IN SUPPORT
OF MOTION FOR ENTRY OF DEFAULT – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220803

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons/attorneys of record:

Ms. Karin B. Swope
Keller Rohrback, LLC
kswope@kellerrohrback.com

Ms. Margret M. Caruso
Quinn Emanuel Urquhart Oliver & Hedges, LLP
margretcaruso@quinnemanuel.com

Dated this 1st day of October 2009, at Seattle, Washington.

Katy M. Albritton
Legal Assistant

DECL. OF STEVEN W. EDMISTON IN SUPPORT
OF MOTION FOR ENTRY OF DEFAULT – 3

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii220803