Stacie Foster, WSBA #23397
Heather M. Morado WSBA #35135
INVICTA LAW GROUP, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104-1019
Telephone: (206) 903-6364
Facsimile: (206) 903-6365

Attorneys for Plaintiff

THE HONORABLE JAMES. J. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE INC., a Delaware corporation.<br><br>Defendants. | Cause No. C09-0789 JLR<br><br>CERTIFICATE OF SERVICE |

The undersigned declares under penalty of perjury, under the laws of the State of Washington, that the following is true and correct:

On this day, September 23, 2009, I caused to be sent via email and U.S. Mail the following documents:

1. Plaintiff's Motion For Entry of Default;

2. Declaration of Steven W. Edmiston in Support of Motion For Entry Of Default;

CERTIFICATE OF SERVICE – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii030702

Dockets.Justia.com

| | |
|---|---|
| 1 | 3. Declaration of Heather M. Morado in Support of Motion For Entry of Default; |
| 2 | and |
| 3 | 4. Certificate of Service. |
| 4 | To the following: |

Mr. Shahrokh Mokhtarzadeh
LAW OFFICES OF SHAHROKH MOKHTARZADEH
815 Moraga Drive
Los Angeles, CA 90049

Email: shahrokh@smplcla.com

EXECUTED at Seattle, Washington September 23, 2009.

*Katy M. Albritton* (signature)
Katy M. Albritton

CERTIFICATE OF SERVICE – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ii030702

# Katy Albritton

| | |
|---|---|
| **From:** | Katy Albritton |
| **Sent:** | Wednesday, September 23, 2009 4:38 PM |
| **To:** | 'shahrokh@smplcla.com' |
| **Cc:** | Heather Morado |
| **Subject:** | Soaring Helmet Corp vs. Nanal, Inc. et al. |
| **Importance:** | High |
| **Attachments:** | Motion For Entry of Default.pdf; Declaration of HMM In Support of Motion For Entry of Default.pdf; Dec of SWE in Support of Motion for Entry of Default.pdf; Certificate of Service.pdf |

Mr. Mokhtarzadeh:

Please see attached documents.

---

**Katy M. Albritton, Legal Assistant | Invicta Law Group, PLLC**
Counsel for creative companies

1000 Second Avenue, Suite 3310
Seattle, WA 98104-1019
Tel: (206) 903-6364
Fax: (206) 903-6365
Email: kalbritton@invictalaw.com
Web site: www.invictalaw.com

**Confidentiality Notice:** This message is intended only for the person or entity named in the addressee or copy field. This message may contain information that is privileged, confidential or exempt from disclosure by the attorney-client privilege, work product doctrine or some other applicable privilege and/or protection. Any dissemination or copying of this message or its contents by anyone other than the intended addressees is strictly prohibited. If you are not an intended recipient or an employee or agent responsible for delivering this message to an intended recipient, please notify us immediately by telephone at 206-903-6364, and permanently destroy this message and any copies you may have. Thank you.

**Warning:** Email may not be secure unless properly encrypted.

**U.S. Treasury Circular 230 Notice:** In accordance with applicable professional regulations, please understand that, unless expressly stated otherwise, any written advice contained in, forwarded with, or attached to this e-mail is not intended or written by Invicta Law Group, PLLC to be used, and cannot be used, by any person for the purpose of avoiding any penalties that may be imposed under the Internal Revenue Code.