|  |  |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation,<br><br>Defendants. | Case No. C09-789JLR<br><br>ORDER OF DEFAULT |

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

THIS MATTER having come on for consideration on the motion of the PLAINTIFF, and the Clerk having reviewed the records and files herein, it is hereby

ORDERED that DEFENDANT NANAL, INC. is in default.

DATED this 2nd day of OCTOBER, 2009.

_____

Bruce Rifkin

Clerk, U.S. District Court

ORDER OF DEFAULT - 1