The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>    Plaintiff,<br><br>v.<br><br>NANAL, INC., d/b/a LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation,<br><br>    Defendants. | No. 2:09-cv-00789-JLR<br><br>NOTICE OF APPEARANCE |

TO:     ALL PARTIES AND COUNSEL OF RECORD;

AND TO:     THE CLERK OF THE ABOVE-ENTITLED COURT.

    PLEASE TAKE NOTICE that Defendant Nanal, Inc., without waiving objections as to improper service or jurisdiction, hereby appears in the above-entitled proceedings and requests that all further papers and pleadings herein, except original service, be served upon the undersigned attorneys at the address set forth below.

NOTICE OF APPEARANCE (2:09-cv-00789-JLR) - 1
{88562.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

DATED this 5th day of October, 2009.

Respectfully submitted,

HENDRICKS & LEWIS

By: /s/ Kate Hendricks
Katherine Hendricks
WSBA No. 14040
Attorneys for Defendant Nanal, Inc.
Hendricks & Lewis PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Telephone: (206) 624-1933
Facsimile: (206) 583-2716
Email: kh@hllaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on _October 5_, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants, and certify that I have served a copy of the foregoing by U.S. Postal Service Mail on the following:

Stacie Foster, Esq.
Steve Edmiston, Esq.
Heather M. Morado, Esq.
Invicta Law Group, PLLC
1000 Second Avenue, Suite 3310
Seattle, Washington 98104-6365
sfoster@invictalaw.com
sedmiston@invictalaw.com
hmorado@invictalaw.com

Margret Caruso, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
margretcaruso@quinnemanuel.com

Karen B. Swope, Esq.
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
kswope@kellerrohrback.com

_/s/ Lisa Schaefer_
LISA CHAEFER

NOTICE OF APPEARANCE (2:09-cv-00789-JLR) - 3
{88562.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933