UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,, <br><br> Plaintiff, <br><br> v. <br><br> NANAL, INC., d/b/a/ LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation., <br><br> Defendant. | No. 2:09-cv-00789-JLR <br><br> **STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT** |

Based on the parties' agreement, due to intervening efforts between Soaring Helmet Corporation ("Soaring Helmet") and Nanal, Inc., d/b/a/ Leatherup.com ("Leatherup.com") to resolve the case, the parties stipulate that Soaring Helmet will file its opposition to the currently filed Motion to Dismiss by October 16, 2009 and Google Inc. ("Google") will file its reply by October 27, 2009.  Google hereby re-notices its Motion to Dismiss for October 27, 2009.

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT  (2:09-cv-00789-JLR) Page - 1

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Agreed to this 7th day of October, 2009.

| | |
|---|---|
| By/s  Heather M. Morado (with permission) | By  /s Margret M. Caruso (with permission) |
| Stacie Foster, WSBA No. 23397 | QUINN EMANUEL URQUHART |
| Steve Edmiston, WSBA No. 17136 | OLIVER & HEDGES, LLP |
| Heather M. Morado, WSBA No. 35135 | Margret M. Caruso, CASBA #243473 |
| INVICTA LAW GROUP, PLLC | 555 Twin Dolphin Drive, Suite 560 |
| 1000 Second Avenue, Suite 3310 | Redwood Shores, CA  94065 |
| Seattle, WA  98104-6365 | (650) 810-5101 |
| (206) 903-6365 | margretcaruso@quinnemanuel.com |
| hmorado@invictalaw.com | |
| sfoster@invictalaw.com | |
| sedmiston@invictalaw.com | |

Attorneys for Plaintiff Soaring Helmet Corp.

By  /s Karin B. Swope
KELLER ROHRBACK L.L.P.
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA  98101
(206) 623-1900
kswope@kellerrohrback.com

Attorneys for Defendant Google Inc.

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT  (2:09-cv-00789-JLR) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

It is so ORDERED:

DATED this _____ day of October, 2009.

_____

The Honorable James L. Robart

UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT (2:09-cv-00789-JLR) Page - 3

LAW OFFICES OF
**KELLER ROHRBACK L.L.P.**
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:                                          Approved as to Form:


By  /s Heather M. Morado                               By  /s Margret M. Caruso
   Stacie Foster, WSBA No. 23397           QUINN EMANUEL URQUHART
   Steve Edmiston, WSBA No. 17136          OLIVER & HEDGES, LLP
   Heather M. Morado, WSBA No. 35135       Margaret M. Caruso, CASBA #243473
   INVICTA LAW GROUP, PLLC                 55 Twin Dolphin Drive, Suite 560
   1000 Second Avenue, Suite 3310          Redwood Shores, CA  94065
   Seattle, WA  98104-6365                 (650) 810-5101
   (206) 903-6365                          margretcaruso@quinnemanuel.com
   hmorado@invictalaw.com
   sfoster@invictalaw.com
   sedmiston@invictalaw.com

   Attorneys for Plaintiff Soaring Helmet Corp

                                                       By  /s Karin B. Swope
                                                       KELLER ROHRBACK L.L.P.
                                                       Karin B. Swope, WSBA #24015
                                                       1201 Third Avenue, Suite 3200
                                                       Seattle, WA  98101
                                                       (206) 623-1900
                                                       (206) 623-3384 (FAX)
                                                       kswope@kellerrohrback.com


                                                       Attorneys for Defendant Google Inc

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON
GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV
OF THE COMPLAINT  (2:09-cv-00789-JLR) Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON  98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384