The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., d/b/a LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation,<br><br>Defendants. | No. C09-789-JLR<br><br>[PROPOSED] ORDER GRANTING MOTION OF DEFENDANT NANAL, INC. TO SET ASIDE DEFAULT |

THIS MATTER came on regularly before the undersigned judge for consideration upon the Motion of Defendant Nanal, Inc. to Set Aside Default entered against it by the Clerk on October 2, 2009.

Having considered the Motion of Defendant Nanal, Inc. to Set Aside Default and the record herein, and being fully advised in the premises, the Court hereby GRANTS the Motion.

Defendant Nanal, Inc. shall file a response to Plaintiff Soaring Helmet Corporation's Amended Complaint within _____ days of this Order.

DATED this _____ day of _____, 2009.

_____
The Honorable James L. Robart

[PROPOSED] ORDER GRANTING MOTION
OF DEFENDANT NANAL TO SET ASIDE
DEFAULT (C09-789-JLR) - 1
{88605.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

Presented by:

HENDRICKS & LEWIS PLLC

By: s/ Katherine Hendricks
Katherine Hendricks
WSBA No. 14040
Stacia N. Lay
WSBA No. 30594
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Email: kh@hllaw.com
Email: sl@hllaw.com
Telephone: (206) 624-1933
Facsimile: (206) 583-2716

[PROPOSED] ORDER GRANTING MOTION
OF DEFENDANT NANAL TO SET ASIDE
DEFAULT (C09-789-JLR) - 2
{88605.DOC}

## PROOF OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of eighteen years and am not a party to the within action. My business address is Hendricks & Lewis PLLC, 901 Fifth Avenue, Suite 4100, Seattle, Washington 98164.

I hereby certify that on October 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Stacie Foster, Esq.<br>Steve Edmiston, Esq.<br>Heather M. Morado, Esq.<br>Invicta Law Group, PLLC<br>1000 Second Avenue, Suite 3310<br>Seattle, Washington 98104<br>Telephone: (206) 903-6364<br>sfoster@invictalaw.com<br>sedmiston@invictalaw.com<br>hmorado@invictalaw.com<br><br>Attorneys for Plaintiff Soaring Helmet Corporation | Margret M. Caruso, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 810-5101<br>margretcaruso@quinnemanuel.com<br><br>Karin B. Swope<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101<br>Telephone: (206) 623-1900<br>kswope@kellerrohrback.com<br><br>Attorneys for Defendant Google Inc. |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed October 7, 2009, at Seattle, Washington.

_Lisa Schaefer_
Lisa Schaefer

[PROPOSED] ORDER GRANTING MOTION
OF DEFENDANT NANAL TO SET ASIDE
DEFAULT (C09-789-JLR) - 3
{88605.DOC}