The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., d/b/a LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation,<br><br>Defendants. | No. C09-789-JLR<br><br>DECLARATION OF KATHERINE HENDRICKS IN SUPPORT OF MOTION OF DEFENDANT NANAL, INC. TO SET ASIDE DEFAULT |

I, Katherine Hendricks, on oath declare and state as follows:

1. I am a lawyer and member of the law firm Hendricks & Lewis, PLLC. I represent Nanal, Inc. in this action. I am over the age of 18 and, if called upon to testify, could testify competently to the matters stated herein.

2. Mr. Shahrokh Mokhtarzadeh contacted me on Tuesday, September 29, 2009, about the possibility of representing Nanal, Inc. in this action. As I understood it, Nanal sought to retain counsel who could undertake the representation promptly because the plaintiff had threatened to file a motion for default. At Mr. Mohktarzadeh's request, I promptly prepared a proposed agreement of representation and sent it to him that afternoon.

3. Unfortunately, I became ill at the office the next day, Wednesday, went home early Wednesday afternoon and did not return until October 5, 2009.

DECLARATION OF KATHERINE HENDRICKS (C09-789-JLR) - 1
{88584.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

1     4.      Our office records reflect that we received the signed agreement for representation on Friday, October 2, 2009.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington, this 7th day of October, 2009.

                         s/ Katherine Hendricks
                         KATHERINE HENDRICKS

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

# PROOF OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of eighteen years and am not a party to the within action. My business address is Hendricks & Lewis PLLC, 901 Fifth Avenue, Suite 4100, Seattle, Washington 98164.

I hereby certify that on October 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

| | |
|---|---|
| Stacie Foster, Esq.<br>Steve Edmiston, Esq.<br>Heather M. Morado, Esq.<br>Invicta Law Group, PLLC<br>1000 Second Avenue, Suite 3310<br>Seattle, Washington 98104<br>Telephone: (206) 903-6364<br>sfoster@invictalaw.com<br>sedmiston@invictalaw.com<br>hmorado@invictalaw.com<br><br>Attorneys for Plaintiff Soaring Helmet Corporation | Margret M. Caruso, Esq.<br>Quinn Emanuel Urquhart Oliver & Hedges, LLP<br>555 Twin Dolphin Drive, Suite 560<br>Redwood Shores, California 94065<br>Telephone: (650) 810-5101<br>margretcaruso@quinnemanuel.com<br><br>Karin B. Swope<br>Keller Rohrback L.L.P.<br>1201 Third Avenue, Suite 3200<br>Seattle, Washington 98101<br>Telephone: (206) 623-1900<br>kswope@kellerrohrback.com<br><br>Attorneys for Defendant Google Inc. |

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed October 7, 2009, at Seattle, Washington.

_____
Lisa Schaefer

DECLARATION OF KATHERINE HENDRICKS (C09-789-JLR) - 3
{88584.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933