___ FILED ___ ENTERED
___ LODGED ___ RECEIVED

OCT -8 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,, <br><br> Plaintiff, <br><br> v. <br><br> NANAL, INC., d/b/a/ LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation., <br><br> Defendant. | No. 2:09-cv-00789-JLR <br><br> STIPULATION AND [PROPOSED] ORDER FOR BRIEFING SCHEDULE ON GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV OF THE COMPLAINT <br><br> 09-CV-00789-ORD |

Based on the parties' agreement, due to intervening efforts between Soaring Helmet Corporation ("Soaring Helmet") and Nanal, Inc., d/b/a/ Leatherup.com ("Leatherup.com") to resolve the case, the parties stipulate that Soaring Helmet will file its opposition to the currently filed Motion to Dismiss by October 16, 2009 and Google Inc. ("Google") will file its reply by October 27, 2009. Google hereby re-notices its Motion to Dismiss for October 27, 2009.

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON
GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV
OF THE COMPLAINT (2:09-cv-00789-JLR) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Agreed to this 7th day of October, 2009.

By /s Heather M. Morado (with permission)
Stacie Foster, WSBA No. 23397
Steve Edmiston, WSBA No. 17136
Heather M. Morado, WSBA No. 35135
INVICTA LAW GROUP, PLLC
1000 Second Avenue, Suite 3310
Seattle, WA 98104-6365
(206) 903-6365
hmorado@invictalaw.com
sfoster@invictalaw.com
sedmiston@invictalaw.com

Attorneys for Plaintiff Soaring Helmet Corp.

By /s Margret M. Caruso (with permission)
QUINN EMANUEL URQUHART
OLIVER & HEDGES, LLP
Margret M. Caruso, CASBA #243473
555 Twin Dolphin Drive, Suite 560
Redwood Shores, CA 94065
(650) 810-5101
margretcaruso@quinnemanuel.com

By /s Karin B. Swope
KELLER ROHRBACK L.L.P.
Karin B. Swope, WSBA #24015
1201 Third Avenue, Suite 3200
Seattle, WA 98101
(206) 623-1900
kswope@kellerrohrback.com

Attorneys for Defendant Google Inc.

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON
GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV
OF THE COMPLAINT (2:09-cv-00789-JLR) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

**ORDER**

It is so ORDERED:

DATED this __8th__ day of October, 2009.

*[signature]*

The Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON
GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV
OF THE COMPLAINT  (2:09-cv-00789-JLR) Page - 3

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

Presented by:                                          Approved as to Form:

By /s Heather M. Morado                                By /s Margret M. Caruso
   Stacie Foster, WSBA No. 23397               QUINN EMANUEL URQUHART
   Steve Edmiston, WSBA No. 17136              OLIVER & HEDGES, LLP
   Heather M. Morado, WSBA No. 35135           Margaret M. Caruso, CASBA #243473
   INVICTA LAW GROUP, PLLC                     55 Twin Dolphin Drive, Suite 560
   1000 Second Avenue, Suite 3310              Redwood Shores, CA 94065
   Seattle, WA 98104-6365                      (650) 810-5101
   (206) 903-6365                              margretcaruso@quinnemanuel.com
   hmorado@invictalaw.com
   sfoster@invictalaw.com
   sedmiston@invictalaw.com

Attorneys for Plaintiff Soaring Helmet Corp

                                                      By /s Karin B. Swope
                                                      KELLER ROHRBACK L.L.P.
                                                      Karin B. Swope, WSBA #24015
                                                      1201 Third Avenue, Suite 3200
                                                      Seattle, WA 98101
                                                      (206) 623-1900
                                                      (206) 623-3384 (FAX)
                                                      kswope@kellerrohrback.com


                                                     Attorneys for Defendant Google Inc

STIPULATION AND ORDER FOR BRIEFING SCHEDULE ON
GOOGLE INC.'S MOTION TO DISMISS COUNTS II, III AND IV
OF THE COMPLAINT (2:09-cv-00789-JLR) Page - 4

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384