UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE INC., a Delaware corporation.<br><br>Defendants. | Cause No. C09-0789 JLR<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOOGLE, INC., UNDER FRCP 41(a)(1)(A)(i) |

Plaintiff Soaring Helmet Corporation hereby dismisses its complaint against Defendant Google, Inc., without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

Dismissal is proper under Rule 41(a)(1)(A)(i) as Defendant Google, Inc. has neither filed an answer nor moved for summary judgment in this matter.

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GOOGLE, INC., UNDER FRCP 41(a)(1)(A)(i)– 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

Dockets.Justia.com

1 RESPECTFULLY SUBMITTED this 15th day of October, 2009.

2

3                                              INVICTA LAW GROUP, PLLC

4                                              By _/s/ Heather Morado_____

5                                              Heather M. Morado, WSBA #35135
                                             Steven W. Edmiston, WSBA #17136

6                                              Stacie Foster, WSBA #23397
                                             Attorneys for Plaintiff

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT GOOGLE, INC., UNDER
FRCP 41(a)(1)(A)(i)– 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons/attorneys of record:

Ms. Karin B. Swope
KELLER ROHRBACK, LLC
kswope@kellerrohrback.com

Ms. Margret M. Caruso
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
margretcaruso@quinnemanuel.com

Ms. Katherine Hendricks
HENDRICKS & LEWIS, PLLC
kh@hllaw.com

Dated this 15th day of October 2009, at Seattle, Washington.

_____
Katy M. Albritton
Legal Assistant

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT GOOGLE, INC., UNDER
FRCP 41(a)(1)(A)(i)– 3

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364