THE HONORABLE JAMES. J. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE INC., a Delaware corporation.<br><br>Defendants. | Cause No. C09-0789 JLR<br><br>RESPONSE TO GOOGLE, INC.'S MOTION TO DISMISS |

Plaintiff Soaring Helmet Corporation files this Response to Defendant Google, Inc.'s Motion to Dismiss Counts II, III, and IV of the Complaint under Federal Rule of Civil Procedure 12(b)(6). Defendant Google, Inc. has been dismissed from this lawsuit pursuant to the Notice of Voluntary Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). Therefore, Google's Motion to Dismiss is rendered moot.

RESPONSE TO MOTION TO DISMISS – 1

dockets.Justia.com

RESPECTFULLY SUBMITTED this 15th day of October 2009.

                    INVICTA LAW GROUP, PLLC

By *Heather Morado*
Heather M. Morado, WSBA #35135
Steven W. Edmiston, WSBA #17136
Stacie Foster, WSBA #23397
Attorneys for Plaintiff

RESPONSE TO MOTION TO DISMISS – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ij150802

# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons/attorneys of record:

Ms. Karin B. Swope
KELLER ROHRBACK, LLC
kswope@kellerrohrback.com

Ms. Margret M. Caruso
QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
margretcaruso@quinnemanuel.com

Ms. Katherine Hendricks
HENDRICKS & LEWIS, PLLC
kh@hllaw.com

Dated this 15th day of October 2009, at Seattle, Washington.

Katy M. Albritton
Legal Assistant

RESPONSE TO MOTION TO DISMISS – 3

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ij150802