THE HONORABLE JAMES. J. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation,<br><br>Plaintiff,<br><br>v.<br><br>NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM<br><br>Defendant. | Cause No. C09-0789 JLR<br><br>PLAINTIFF'S [PROPOSED] ORDER GRANTING ATTORNEYS FEES |

THIS MATTER having come before the Court upon the Motion of Defendant Nanal, Inc. to Set Aside Default and the Court having reviewed:

1. The pleadings and declarations filed by Defendant in Support of its Motion to Set Aside Default;

2. The pleadings and declarations filed by Plaintiff in Support of its Response to Defendant's Motion to Set Aside Default, including the Declaration of Heather M. Morado which supports attorneys fees;

PLAINTIFF'S [PROPOSED] ORDER GRANTING
ATTORNEYS FEES – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ij190801

Dockets.Justia.com

3. The additional pleadings filed by Defendant, if any;

The Court, having considered argument presented by counsel, and the Court otherwise being familiar with the pleadings and records on file herein;

IT IS HEREBY ORDERED:

That Plaintiff's request for attorney's fees is GRANTED. Reasonable attorney's fees incurred as a result of Defendant's unreasonable delay are $8,456.00, and Defendant is ordered to remit that mount to Plaintiff's attorney at the address below within 15 days of this Order.

DATED this ___ day of October, 2009.

_____
Honorable James L. Robart

Presented by:

INVICTA LAW GROUP, PLLC

By *Heather Morado*
Heather M. Morado, WSBA #35135
Steven W. Edmiston, WSBA #17136
Stacie Foster, WSBA #23397
Attorneys for Plaintiff

PLAINTIFF'S [PROPOSED] ORDER GRANTING
ATTORNEYS FEES – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ij190801