THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| SOARING HELMET CORPORATION, a Washington corporation, | NO. C09-0789 JLR |
| Plaintiff, | PRAECIPE |
| v. | |
| NANAL, INC., a Nevada corporation, d/b/a LEATHERUP.COM, and GOOGLE, INC., a Delaware corporation. | |
| Defendants. | |

TO: Clerk of the Court;

On October 19, 2009, Response to Motion of Defendant Nanal, Inc. to Set Aside Default was filed with the Court. Due to a pagination error on the Response two page nines were submitted without a page ten. Attached are the corrected pages nine and ten to the Response.

///

///

PRAECIPE – 1

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ig270709

Dockets.Justia.com

1     DATED October 23, 2009.

2                              INVICTA LAW GROUP, PLLC

3

4                              By _____

                                 Heather M. Morado, WSBA No. 35135

5                              Mark V. Jordan, WSBA No. 18461

                                 Stacie Foster, WSBA No. 23397

6                              Attorney for Plaintiff

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

PRAECIPE – 2

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ig270709

As a result of Defendant's conduct, Soaring Helmet was forced to incur additional attorney fees in researching the identity of Defendant, filing its Amended Complaint, demanding a proper response to the complaint on numerous occasions, and in finally drafting its Motion for Entry of Default against Defendant. In addition, Soaring Helmet generously gave Defendant 5 days notice of the Motion for Entry of Default notwithstanding the facts that: 1) Defendant had already been notified of Plaintiff's intent to file the Motion for Entry of Default several times; 2) Mr. Mokhtarzadeh never entered a notice of appearance in this case; and 3) Defendant had established a pattern of engaging in bad faith, dilatory behavior. Soaring Helmet had no choice but to file the Motion for Entry of Default under the circumstances. As a result of Defendant's culpable and dilatory conduct, equity supports an award of Soaring Helmet's attorneys fees and costs.

Plaintiff respectfully requests the court to enter judgment for Plaintiff's reasonable attorneys' fees in the amount of $8,456.00. Morado Dec., ¶ 11-16. The costs and fees requested are an extremely conservative allocation of the total costs incurred to date in this matter. Morado Dec., ¶ 16. A proposed order is submitted herewith.

RESPECTFULLY SUBMITTED this 19th day of October 2009.

INVICTA LAW GROUP, PLLC

BY: _Heather Morado_

Stacie Foster, WSBA No. 23397
Steve Edmiston, WSBA No. 17136
Heather M. Morado, WSBA No. 35135
Attorneys for Plaintiff Soaring Helmet Corp.

RESPONSE TO MOTION TO MOTION TO SET ASIDE
DEFAULT – 9

INVICTA LAW GROUP, PLLC
1000 SECOND AVENUE, SUITE 3310
SEATTLE, WA 98104-1019
FAX (206) 903-6365
TEL (206) 903-6364

1840 071 ij140802

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons/attorneys of record:

Ms. Karin B. Swope
Keller Rohrback, LLC
kswope@kellerrohrback.com

Ms. Margret M. Caruso
Quinn Emanuel Urquhart Oliver & Hedges, LLP
margretcaruso@quinnemanuel.com

Ms. Katherine Hendricks
Hendricks & Lewis, PLLC
901 Fifth Avenue, Suite 4100
Seattle, WA 98164
kh@hllaw.com

Dated this 19th day of October 2009, at Seattle, Washington.

Katy M. Albritton
Legal Assistant

RESPONSE TO MOTION TO MOTION TO SET ASIDE
DEFAULT – 10

1840 071 ij140802