The Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SOARING HELMET CORPORATION, a Washington corporation,

   Plaintiff,

v.

NANAL, INC., d/b/a LEATHERUP.COM, a Nevada corporation, and GOOGLE INC., a Delaware corporation,

   Defendants.

No. C09-789-JLR

DEFENDANT NANAL, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

Pursuant to FED. R. CIV. P. 7.1, Defendant Nanal, Inc. ("Nanal"), a Nevada corporation, states that it has no parent corporation and that no publicly-held corporation owns 10% or more of Nanal's stock.

DATED this 2nd day of December, 2009.

Respectfully submitted,

HENDRICKS & LEWIS PLLC

By: s/ Katherine Hendricks
Katherine Hendricks (WSBA No. 14040)
Stacia N. Lay (WSBA No. 30594)
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
Email: kh@hllaw.com
Email: sl@hllaw.com
Telephone: (206) 624-1933
Facsimile: (206) 583-2716

DEFENDANT NANAL INC.'S CORPORATE DISCLOSURE STATEMENT (C09-789-JLR) - 1
{89124.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933

Dockets.Justia.com

## PROOF OF SERVICE

I am employed in the County of King, State of Washington. I am over the age of eighteen years and am not a party to the within action. My business address is Hendricks & Lewis PLLC, 901 Fifth Avenue, Suite 4100, Seattle, Washington 98164.

I hereby certify that on December 2, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following CM/ECF participants:

Stacie Foster, Esq.
Steve Edmiston, Esq.
Heather M. Morado, Esq.
Invicta Law Group, PLLC
1000 Second Avenue, Suite 3310
Seattle, Washington 98104
Telephone: (206) 903-6364
sfoster@invictalaw.com
sedmiston@invictalaw.com
hmorado@invictalaw.com

Attorneys for Plaintiff Soaring Helmet Corporation

Margret M. Caruso, Esq.
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 810-5101
margretcaruso@quinnemanuel.com

Karin B. Swope
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, Washington 98101
Telephone: (206) 623-1900
kswope@kellerrohrback.com

Attorneys for Defendant Google Inc.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Executed December 2, 2009, at Seattle, Washington.

*Lisa Schaefer* (signature)
Lisa Schaefer

DEFENDANT NANAL INC.'S CORPORATE DISCLOSURE STATEMENT (C09-789-JLR) - 2
{89124.DOC}

HENDRICKS & LEWIS PLLC
901 Fifth Avenue, Suite 4100
Seattle, Washington 98164
TEL: (206) 624-1933